**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sergio Eloy PANTOJA–TORRES,
a.k.a. Sergio Eloy Pantoja,
Defendant–Appellant.**

**No. 14–10202.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 16, 2014.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Sergio Eloy Pantoja–Torres, Post, TX, pro se.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Sergio Eloy Pantoja–Torres appeals from the district court's judgment and challenges his guilty-plea conviction and 18–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pantoja–Torres's counsel has filed a brief stating that there are no grounds for re-

lief, along with a motion to withdraw as counsel of record. We have provided Pantoja–Torres the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

